# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GAYLA VONMILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY d/b/a USAA; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02132-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Defendant USAA General Indemnity Company ("USAA GIC") by and through their counsel Spencer Fane LLP, and Plaintiff Gayla Vonmiller ("Plaintiff") by and through her counsel Ace Law Group hereby stipulate to extend time for USAA GIC to file a responsive pleading to Plaintiff's First Amended Complaint from November 19, 2025 to December 2, 2025. This is the first stipulation to extend the time for USAA GIC to file a responsive pleading to Plaintiff's First Amended Complaint.

This extension is made in good faith and not meant for the purposes of delay. Defendant's counsel is balancing other filing deadlines and required additional time for the responsive pleading.

**IT IS SO ORDERED**
Dated: November 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge