**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.:13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 West Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GAYLA VONMILLER, an Individual; <br><br> Plaintiff, <br><br> vs. <br><br> USAA GENERAL INDEMNITY COMPANY d/b/a USAA; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, <br><br> Defendants. | Case No. : 2:25-CV-02132-MMD-NJK <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** <br> **(FIRST REQUEST)** |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Gayla Vonmiller, and Defendant, USAA General Indemnity Company, by and through their respective counsels of record, hereby stipulate to extend time for Plaintiff to file her Response to USAA General Indemnity Company's Motion to Dismiss from December 16, 2025 to December 23, 2025. This is the first stipulation to extend time for Plaintiff to Respond to the Motion to Dismiss. The extension is made in good faith and not meant for the purposes of delay as Plaintiff's counsel is balancing other filing deadlines, depositions, and other time-sensitive matters.

Dated this 12th Day of December 2025.                    Dated this 12th Day of December 2025.

**ACE LAW GROUP**                                          **SPENCER FANE LLP**

/s/*Paul H. Wolfram, Esq.*                                 /s/ Taylore Reeves, Esq.
**PATRICK W. KANG, ESQ.**                                  **TAYLOR REEVES, ESQ.**
Nevada Bar No.: 10381                                      Nevada Bar No.: 15987
**KYLE R. TATUM, ESQ.**                                    300 South Fourth Street, Suite 1600
Nevada Bar No.: 13264                                      Las Vegas, Nevada 89101
**PAUL H. WOLFRAM, ESQ.**                                  *Attorneys for USAA General*
Nevada Bar No.: 16025                                      *Indemnity Company*
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
702.333.4223
*Attorneys for Plaintiff*


**IT IS SO ORDERED.**

DATED this 15th day of December, 2025.

_____
**Miranda M. Du, U.S. District Judge**

 Outlook

**Re: Gayla Vonmiller - A-25-926039-C Request for Extension**

| | |
|---|---|
| **From** | Reeves, Taylor <treeves@spencerfane.com> |
| **Date** | Thu 12/11/2025 5:32 PM |
| **To** | Paul Wolfram <pwolfram@acelawgroup.com> |
| **Cc** | Leckie Ramirez, Jenny <jramirez@spencerfane.com>; Miller, Adam <AMiller@spencerfane.com>; Megan Kay <mkay@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Jhana Richardson <jrichardson@acelawgroup.com> |

Hi Paul,
You may affix my e-signature!

Get Outlook for iOS

---

**From:** Paul Wolfram <pwolfram@acelawgroup.com>
**Sent:** Thursday, December 11, 2025 3:59:14 PM
**To:** Reeves, Taylor <treeves@spencerfane.com>
**Cc:** Leckie Ramirez, Jenny <jramirez@spencerfane.com>; Miller, Adam <AMiller@spencerfane.com>; Megan Kay <mkay@acelawgroup.com>; pkang acelawgroup.com <pkang@acelawgroup.com>; Jhana Richardson <jrichardson@acelawgroup.com>
**Subject:** [EXTERNAL] Re: Gayla Vonmiller - A-25-926039-C Request for Extension

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Taylor,

Please see attached proposed SAO. Let me know if you have edits or if we can affix your e-signature.

Sincerely,

Paul H. Wolfram, Esq.
Partner
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146
P: 702.333.4ACE (223)
F: 702.507.1468
E-Mail pwolfram@acelawgroup.com
www.acelawgroup.com

NOTICE: If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (702) 333-4223 and delete this E-mail message and any attachments from your workstation or network mail system.

If you are a client or work for a client of ACE LAW GROUP or have consulted with the law firm for potential representation, this E-mail is protected by the attorney-client privilege and the work product doctrine. This E-mail is not intended for release to opposing parties, opposing counsel or any other third person or entity. Caution should be used when forwarding this E-mail to others within the company as the privilege may be lost. Copies of this E-mail should not be kept in your regular files.