Taylor Reeves, Esq.
Nevada Bar No. 15987
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: treeves@spencerfane.com

*Attorneys for USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GAYLA VONMILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY d/b/a USAA; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02132-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT USAA GENERAL INDEMNITY COMPANY TO FILE REPLY IN SUPPORT OF IT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

    Defendant USAA General Indemnity Company ("USAA GIC") by and through their counsel Spencer Fane LLP, and Plaintiff Gayla Vonmiller ("Plaintiff") by and through her counsel Ace Law Group hereby stipulate to extend time for USAA GIC to file Reply in Support of it's Motion to Dismiss ("Reply") from December 30, 2025 to January 6, 2026. This is the first stipulation to extend the time for USAA GIC to file it's Reply.

    This extension is made in good faith and not meant for the purposes of delay. Defendant's counsel is balancing other filing deadlines and required additional time for the responsive pleading.

Dated this 29th day of December, 2025.

**ACE LAW GROUP**

/s/ Paul H. Wolfram
Patrick W. Kang, Esq.
Nevada Bar No. 10381
Kyle R. Tatum, Esq.
Nevada Bar No. 13264
Paul H. Wolfram, Esq.
Nevada Bar No. 16025
6480 W. Spring Mountain Rd., Ste 1
Las Vegas, NV 89146

*Attorneys for Plaintiff*

Dated this 29th day of December, 2025.

**SPENCER FANE LLP**

/s/ Taylor Reeves
Taylor Reeves, Esq.
Nevada Bar No. 15987
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for USAA General Indemnity Company*

**ORDER**

**IT IS SO ORDERED.**

DATED this 30th day of December, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

-2-

DN 6163034.1